89 A.3d 582

IN THE MATTER OF MARC A. FUTTERWEIT, AN ATTORNEY AT LAW (ATTORNEY NO. 005791989).

May 16, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–280, concluding that **MARC A. FUTTERWEIT** of **DOVER,** who was admitted to the bar of this State in 1989, should be reprimanded for violating *RPC* 1.5(b) (failure to memorialize the basis or rate of the legal fee) and *RPC* 1.8(a) (conflict of interest; business transaction with a client), and good cause appearing;

It is ORDERED that **MARC A. FUTTERWEIT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.